**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6083**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

          v.

MICHAEL JAMES TAYLOR,

               Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.     Martin K. Reidinger, District Judge. (2:11-cr-00022-MR-DLH-10)

Submitted: July 28, 2016          Decided: August 1, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam.

Michael James Taylor, Appellant Pro Se.  Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Thomas Michael Kent, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina; Dana Owen Washington, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael James Taylor appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 2:11-cr-00022-MR-DLH-10 (W.D.N.C. Jan. 19, 2016). We deny Taylor's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>